## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Reynault CHEVALIER, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2009–5037.

United States Court of Appeals, Federal Circuit.

July 24, 2009.

Reynault Chevalier, Sonyea, NY, pro se.

J. Hunter Bennett, Department of Justice, Washington, DC, for Defendant–Appellee.

## ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Alfred ALOISI, Candis Aloisi, Heirs of Donald W. Goodman, Energel Inc., Dynatech Corporation, James Kendle, and Liberty Mining, Inc., Plaintiffs–Appellants,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2009–5043.

United States Court of Appeals, Federal Circuit.

July 24, 2009.

Lawrence G. McBride, Foley & Lardner LLP, Washington, DC, for Plaintiffs–Appellants.

Bruce K. Trauben, Department of Justice, Washington, DC, for Defendant–Appellee.

## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for

failure to prosecute in accordance with the rules.

Patricia J. GALL, Petitioner,

v.

DEPARTMENT OF AGRICULTURE, Respondent.

No. 2009–3209.

United States Court of Appeals, Federal Circuit.

July 24, 2009.

Patricia J. Gall, Merrillan, WI, pro se.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Milton BROWN, Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent.

No. 2009–3211.

United States Court of Appeals, Federal Circuit.

July 24, 2009.

Milton Brown, Sacramento, CA, pro se.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Euwan Y.A. GODFREY, Petitioner,

v.

DEPARTMENT OF TRANSPORTATION, Respondent.

No. 2008–3320.

United States Court of Appeals, Federal Circuit.

July 28, 2009.